IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| SEMMATERIALS, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV 05-320-S-LMB |
| | ) | |
| v. | ) | **AMENDED JUDGMENT** |
| | ) | |
| ALLIANCE ASPHALT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** coming before the Court following entry of default against Defendant, a Default Judgment having been entered on January 25, 2007 (Docket No. 51), and where an award of costs and attorneys' fees has been made by Order entered March 1, 2007 (Docket No. 56), the Judgment entered on January 25, 2007 is hereby amended to include costs and attorneys' fees, as follows:

**IT IS THEREFOR ORDERED, ADJUDGED, AND DECREED:**

1. That Judgment is entered in favor of Plaintiff and against Defendant in the sum of $110,459.00 (representing the support payments paid), together with prejudgment interest in the amount of $46,050.91, plus $94,970.83 (representing the trailer rental and delivery costs incurred), plus prejudgment interest in the amount of $15,622.38 (of original Judgment date of January 25, 2007), plus $49,431.25 in attorneys' fees, $1,207.81 in non-taxable costs, and $528.00 in taxable costs, **for a total judgment of $ 318,270.18**.

2. This case is DISMISSED in its entirety, with prejudice.

**AMENDED JUDGMENT - 1**

3.       This Judgment shall include post-judgment interest until satisfied in full at the applicable rate pursuant to Idaho Code § 28-22-104(2).

DATED: **March 1, 2007**.



_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

**AMENDED JUDGMENT - 2**