IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SEMMATERIALS, L.P., an Oklahoma limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> ALLIANCE ASPHALT, INC., an Idaho corporation, <br><br> Defendant. | Case No. CIV 05-320-S-LMB <br><br><br> **WRIT OF EXECUTION AGAINST CORY ROSE** |

**TO: U.S. MARSHAL, U.S. DISTRICT COURT FOR THE DISTRICT OF IDAHO**

WHEREAS, on the 1st day of March, 2007, Plaintiff, SemMaterials, L.P., recovered a Judgment in the United States District Court for the District of Idaho against Defendant Alliance Asphalt, Inc. for the total sum of $318,270.18, together with post-judgment thereon, from the date thereof, at the rate of 4.95% per annum until paid (as of January 15, 2008, interest accrued to date is $13,854.36 accruing at $43.16 per day), together with any other accruing costs, as appears of record.

AND, WHEREAS, on January 15, 2008, a Court Order (Docket No. 77) was entered in the above-referenced action directing that this Writ of Execution be issued against Cory Rose, individually and personally, for purposes of executing on the aforementioned March 1, 2007 Judgment SemMaterials obtained against Alliance Asphalt, Inc.

AND, WHEREAS, the Judgment Roll in the action in which the Judgment was entered is filed in the Clerk's office for the United States District Court for the District of Idaho, which is located in the State of Idaho, Ada County, and the Judgment was docketed in the Clerk's office (Docket No. 57) in Ada County on the day and year first above written and the sum of $318,270.18 with interest from March 1, 2007, is now, at the date of this Writ, actually on said Judgment.

NOW, YOU, the U.S. Marshal, is hereby required to satisfy the Judgment, with interest as aforesaid, and costs and accruing costs, out of the personal property of Cory Rose, judgment debtor, or if sufficient personal property of the debtor cannot be found, then out of the real property located in the State of Idaho, Ada County belonging to Cory Rose on the day when the Judgment was docketed in the Clerk's office or at any time thereafter, and make return of this Writ within sixty (60) days after the receipt hereof, indicating what you have done endorsed thereon.

DATED this 15th day of January, 2008.

Cameron S. Burke, Clerk of the Court

_____
By: Jill MacDonald, Deputy Clerk